**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**YURY SALGADO MARTINEZ #A078-952-095**   **CASE NO.  6:26-CV-01012 SEC P**

**VERSUS**                                **JUDGE ALEXANDER C. VAN HOOK**

**U S IMMIGRATION & CUSTOMS**             **MAGISTRATE JUDGE CAROL B.**
**ENFORCEMENT**                           **WHITEHURST**

**MEMORANDUM ORDER**

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 filed by pro se Petitioner Yury Salgado Martinez ("Petitioner"), an immigration detainee at the ICE Processing Center in Pine Prairie, Louisiana.  Petitioner is a native and citizen of Cuba who entered the United States in 2002.  Petitioner was ordered removed in 2004, and has been detained since November 21, 2025.  Doc. 1-2 at 3.  The Petition challenges the legality of Petitioner's continued detention.

To determine whether Petitioner is entitled to release, THE CLERK IS DIRECTED to serve a summons, a copy of the Petition (Doc. 1), and a copy of this Order, by certified mail, on: (1) the United States through the United States Attorney for the Western District of Louisiana; (2) the United States Attorney General; (3) DHS/ICE through its Office of General Counsel; and (4) the Warden where Petitioner is detained.

IT IS ORDERED that a Response be filed within **30 days** following the date of service, with summary judgment evidence supporting the Government's position.  *See* Rules Governing Section 2254 Petitions.  If Petitioner was previously released on an order of supervision, the Government must provide a copy of that order and the order revoking release.

1

IT IS FURTHER ORDERED that Petitioner shall have **30 days** following the filing of Respondents' answer to produce contradictory summary judgment evidence on the issue of the lawfulness of detention.

After the record is complete and delays have run, the Court will determine if genuine issues of material fact exist, which preclude summary judgment and necessitate an evidentiary hearing. If no hearing is necessary, a Report and Recommendation will be issued without further notice.

SIGNED on Tuesday, April 21, 2026.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE