**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| YURY SALGADO MARTINEZ | CIVIL ACTION NO. 26-1012 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| US IMMIGRATION & CUSTOMS ENFORCEMENT | MAGISTRATE JUDGE CAROL B. WHITEHURST |

# JUDGMENT

The Magistrate Judge issued a well-reasoned Report and Recommendation, Record Document 17, granting the petition for habeas corpus and ordering petitioner's release from custody. Although the government opposed the petition, Record Document 15, it did not object to the Report and Recommendation. The government's decision not to object is curious because it implied in the original opposition that the petitioner presents a danger to the public. *Id.* at 1 (noting that petitioner has a decade old conviction for battery and false imprisonment). That failure to object, however, leaves the undersigned with little option but to adopt the Report and Recommendation because it has no facts upon which to evaluate whether the petitioner does in fact a present danger.

Accordingly, the Report and Recommendation of the Magistrate Judge having been considered, and no objections having been filed, and finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended is warranted,

**IT IS ORDERED** that the Petition for Habeas Corpus, Record Document 1, is **GRANTED**.

**IT IS FURTHER ORDERED** that the Respondents, and all their officers, agents, servants, employees, attorneys, successors, assigns, and person acting in concert or participation with them are **ORDERED** to **RELEASE** the petitioner as soon as practicable, but no later than **August 27, 2026**.

**IT IS FURTHER ORDERED** that Respondents file a **NOTICE OF COMPLIANCE** within twenty-four hours of petitioner's release.

**THE CLERK IS INSTRUCTED** that, after docketing of this judgment, electronic copies should be sent as soon as practicable to all counsel of record and the Civil Chief of the United States Attorney's Office.

**DONE AND SIGNED** at Shreveport, Louisiana, this 25th day of August, 2026.

Alex C. Van Hook

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE